ACCEPTED
06-15-00126-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/24/2015 1:35:49 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00126-CR

| | | |
|---|---|---|
| MARTHA RICHTER | § | IN THE COURT OF APPEALS |
| | § | 6th COURT OF APPEALS |
| V. | § | FOR THE SIXTH DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS AT TEXARKANA |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/24/2015 1:35:49 PM
DEBBIE AUTREY
Clerk

## Motion To Extend Time For Filing Appellant's Brief

Appellant, by and through her attorney of record, respectfully requests an extension of time to file her brief. In support Appellant shows:

Appellant was convicted for the offense of Driving While Intoxicated in Cause No. 14-11631CR in the County Court at Law No. 2 of Ellis County, Texas, before the Honorable Gene Calvert. The judgment was dated June 30, 2015. Notice of Appeal was filed on July 2, 2015.

The present deadline for filing Appellant's brief is September 25, 2015. Appellant respectfully requests an extension of time until November 24, 2015. No previous extension of time has been granted. Counsel has had a heavy caseload within the last few months requiring her appearance in multiple courts in Ellis County. Preparing the trial dockets have required the great majority of counsel's time.

The Reporter's Record was filed August 4, 2015, in the Tenth Court of Appeals of Waco, Texas. On this same date, the Tenth Court of Appeals transferred the above cause to the Sixth District Court of Appeals of Texarkana, Texas. On August 26, 2015, the certified Clerk's Record was filed in the Sixth Court of Appeals. The issues in this case

are complex and varied. For these reasons, Appellant's counsel requests a sixty (60) day extension in which to file Appellant's brief.

Additionally, on September 24, 2015, Counsel for Appellant conferred with the Ellis County District Attorney's Office, Appellee representing the State of Texas. Appellee does not oppose this Motion. Appellee does not object to the Court granting this Motion for the Extension of Time to file the Appellant's Brief.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that the time for filing Appellant's brief be extended to November 24, 2015.

Respectfully submitted,

/s/Julissa Martinez

_____

Julissa Martinez
Attorney for Appellant
STATE BAR NO. 24032580
107 Kaufman St
Waxahachie, TX 75165
972-937-4477
FAX: 972-937-4485
jmmartinez@martinezjustice4all.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Ellis County District Attorney's Office, 300 South Jackson St, Waxahachie, TX 75165, by hand-delivery or by fax on September 24, 2015.

/s/Julissa Martinez

_____

Julissa Martinez

NO. <u>06-15-00126-CR</u>

| MARTHA RICHTER | § | IN THE COURT OF APPEALS |
|---|---|---|
| | § | |
| V. | § | FOR THE SIXTH DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS AT TEXARKANA |

## <u>ORDER ON DEFENDANT'S MOTION FOR SIXTY DAY EXTENSION OF TIME TO FILE APPELANT'S BRIEF</u>

BE IT REMEMBERED, that on the _____ day of _____, 2015, came on to be considered the above and foregoing Motion for Sixty Day Extension of Time to File Appellant's Brief. After consideration of the same, it is the opinion of the Court that Defendant's Motion be:

( )     DENIED, in whole to which ruling the Defendant accepts.

( )     GRANTED, and the Deadline for Appellant to File his Brief is November 24, 2015.

( )     GRANTED, _____

_____

_____

( )     SET FOR HEARING ON THE _____ day of _____, 2015, at \_\_\_\_\_ o'clock \_\_\_\_.

SIGNED: _____, 2015.


_____
JUSTICE PRESIDING